**Walter Junior BLAIR, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35053.**

Missouri Court of Appeals, Western District.

July 31, 1984.

Case Retransferred from the Supreme Court Nov. 20, 1984.

Court of Appeals Opinion Readopted Dec. 4, 1984.

Application to Transfer Denied Jan. 15, 1985.

James W. Fletcher, Public Defender and Gary L. Gardner, Asst. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., and John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).